# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>WAYNE C. HALAJA and<br>TERRYE M. HALAJA,<br>     Debtor,<br><br>THE MONEY SOURCE, INC.,<br><br>     Movant,<br><br>     v.<br><br>WAYNE C. HALAJA,<br>TERRYE M. HALAJA and<br>RONDA J. WINNECOUR, Trustee<br>     Respondent | Bankruptcy No. 19-23668-CMB<br><br>Chapter 13<br><br>Doc. No. 59 |

## THE MONEY SOURCE, INC'S RESPONSE TO TRUSTEE'S MOTION TO PRECLUDE POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

AND NOW, comes The Money Source, Inc. ("TMS"), files this response to the Trustee's Motion to Preclude Post-petition Mortgage Fees, Expenses and Charges:

1. Admitted.

2. Admitted.

3. Denied. By the way of further response, TMS is without sufficient information as to the truth of the matter asserted. Strict proof is demanded thereof.

4. Denied. By the way of further response, TMS is without sufficient information as to the truth of the matter asserted. Strict proof is demanded thereof.

5. Admitted.

6. Denied. By the way of further response, TMS is without sufficient information as to the truth of the matter asserted. Strict proof is demanded thereof.

7. Denied. By the way of further response, the averment of paragraph eight (8) is a conclusion of law to which no response is required thereof.

8. Denied. By the way of further response, TMS is without sufficient information as to the truth of the matter asserted. Strict proof is demanded thereof.

9. Denied. By the way of further response, TMS is without sufficient information as to the truth of the matter asserted. Strict proof is demanded thereof.

10. Denied. By the way of further response, TMS is without sufficient information as to the truth of the matter asserted. Strict proof is demanded thereof. Additionally, TMS will concede to the denial of the notice of post-petition expenses and is in the process of filing a notice of withdrawal. Additionally, TMS prior to the hearing will provide the required proof to the trustee regarding removal of the fees from the mortgage loan.

11. Denied. By the way of further response, the averment of paragraph eleven (11) is a conclusion of law to which no response is required thereof.

WHEREFORE, The Money Source, Inc, hereby respectfully requests that this Honorable Court grant Debtor's Motion to Preclude Post-petition Mortgage Fees, Expenses and Charges.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

/s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA ID. No. 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8112

*Counsel for The Money Source, Inc.*

Dated: September 2, 2021