## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Wayne C. Halaja, and<br>Terrye M. Halaja,<br><br>Debtors.<br>_____<br>Wayne C. Halaja, and,<br>Terrye M. Halaja,<br><br>Movants,<br><br>v.<br><br>The Money Source, Inc.,<br><br>Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy Case No.: 19-23668-CMB<br><br>Chapter 13<br><br><br><br>Document No.: 73<br><br>Related to Document No.:<br><br>Related to Claim No.: 35 |

### **DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on January 6, 2022, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing payment is sufficient to fund the Plan even with the proposed change for February 1, 2022.

The new post-petition monthly payment payable to Respondent is $1,470.06, effective February 1, 2022, per the notice dated January 6, 2022. The Debtors' Plan payment provides for a monthly payment to The Money Source, Inc. of $1,483.19. Therefore, Debtors' Plan remains sufficient.

Respectfully Submitted,

Date: January 18, 2022

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com