# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Wayne C. Halaja, and Terrye M. Halaja, | : : : : : : | Bankruptcy Case No.: 19-23668-CMB<br><br>Chapter 13 |
| Debtors. | | |
| Wayne C. Halaja, and, Terrye M. Halaja, | : : : | Document No.: 74<br><br>Related to Document No.: 73 |
| Movants, | : : | Related to Claim No.: 35 |
| v. | : : | |
| The Money Source, Inc., | : : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Kristen Finke, Paralegal, certify under penalty of perjury that I served the forgoing Debtors' Declaration of Sufficient Plan Funding, on January 18, 2022 on the interested parties listed below:

| | |
|---|---|
| The Money Source, Inc.<br>500 South Broad Street<br>Suite 100A<br>Meriden, Connecticut 06450 | Ronda J. Winnecour, Esquire<br>Office of Chapter 13 Trustee<br>3250 USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Matthew Tillma<br>Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 425<br>Dallas, TX 75254 | Office of U.S. Trustee<br>970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 |
| Date: January 18, 2022 | By:/s/ Kristen Finke<br>Kristen Finke, Paralegal<br>Thompson Law Group, P.C.<br>125 Warrendale Bayne Road, Suite 200<br>Warrendale, PA 15086<br>(724) 799-8404 Telephone<br>(724) 799-8409 Facsimile<br>kfinke@thompsonattorney.com |