# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Wayne C. Halaja, and<br>Terrye M. Halaja,<br><br>Debtors. | : <br>: <br>: <br>: <br>: <br>: | Bankruptcy Case No.: 19-23668-CMB<br><br>Chapter 13 |
| Wayne C. Halaja, and,<br>Terrye M. Halaja,<br><br>Movants,<br><br>v.<br><br>The Money Source, Inc.,<br><br>Respondent. | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: | Document No.:<br><br>Related to Document No.:<br><br>Related to Claim No.: 35 |

## **DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on March 9, 2022, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing payment is sufficient to fund the Plan even with the proposed change for April 1, 2022.

The new post-petition monthly payment payable to Respondent is $1,466.72, effective April 1, 2022, per the notice dated March 9, 2022.  The Debtors' Plan payment provides for a monthly payment to The Money Source, Inc. of $1,483.19.  Therefore, Debtors' Plan remains sufficient.

                                            Respectfully Submitted,

Date: March 9, 2022                  /s/Brian C. Thompson
                                            Brian C. Thompson, Esquire
                                            Attorney for Debtor
                                            PA I.D. # 91197
                                            Thompson Law Group, P.C.
                                            125 Warrendale Bayne Road, Suite 200
                                            (724) 799-8404 Telephone
                                            (724) 799-8409 Facsimile
                                            bthompson@thompsonattorney.com