## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Wayne C. Halaja, and Terrye M. Halaja, | Bankruptcy Case No.: 19-23668-CMB |
| Debtors. | Chapter 13 |
| Wayne C. Halaja, and, Terrye M. Halaja, | Document No.: |
| Movants, | Related to Document No.: 77 |
| v. | Related to Claim No.: 35 |
| The Money Source, Inc., | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the forgoing Debtors' Declaration of Sufficient Plan Funding, on March 9, 2022 on the interested parties listed below:

The Money Source, Inc.
500 South Broad Street
Suite 100A
Meriden, Connecticut 06450

Matthew Tillma
Bonial & Associates, P.C.
14841 Dallas Parkway
Suite 425
Dallas, TX 75254

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: March 9, 2022

By: /s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
kfinke@thompsonattorney.com