Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Wayne C. Halaja** | : | Case No. 19−23668−CMB |
| **Terrye M. Halaja** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 14th of March, 2022,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                        Case No. 19-23668-CMB

Wayne C. Halaja                               Chapter 13

Terrye M. Halaja

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                               User: auto                                          Page 1 of 4

Date Rcvd: Mar 14, 2022                 Form ID: 309                                 Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne C. Halaja, Terrye M. Halaja, 5930 Heckert Road, Bakerstown, PA 15007-1002 |
| cr | + | The Money Source INC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, CT 06450-6755 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 15136962 | + | First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15125119 | | Lendmark Financial Services, 2118 Usher Street Suite 200, Conyers, GA 30094 |
| 15125121 | + | Med Express Urgent Care, 3840 Washington Road Suite 300, Canonsburg, PA 15317-2919 |
| 15151860 | + | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801-5148 |
| 15125125 | + | Rushmore Loan Management Services LLC, PO Box 514707, Los Angeles, CA 90051-4707 |
| 15409782 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 15153810 | | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15125141 | + | WF/Bobs Discount Furniture, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Mar 15 2022 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 14 2022 23:42:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Mar 14 2022 23:42:00 | The Money Source INC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15340755 | | Email/PDF: bncnotices@becket-lee.com | Mar 14 2022 23:45:40 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15125111 | + | EDI: CKSFINANCIAL.COM | Mar 15 2022 03:38:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 15125109 | + | EDI: CAPITALONE.COM | Mar 15 2022 03:38:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15139431 | | EDI: CAPITALONE.COM | Mar 15 2022 03:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15152097 | | Email/PDF: bncnotices@becket-lee.com | Mar 14 2022 23:45:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15163082 | | EDI: CITICORP.COM | Mar 15 2022 03:38:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15125110 | + | EDI: CITICORP.COM | Mar 15 2022 03:38:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15125112 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Mar 14 2022 23:45:27 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15125113 | EDI: DISCOVER.COM | Mar 15 2022 03:38:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15128202 | EDI: DISCOVER.COM | Mar 15 2022 03:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15161585 | + Email/Text: kburkley@bernsteinlaw.com | Mar 14 2022 23:42:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15125114 | + EDI: IRS.COM | Mar 15 2022 03:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15153288 | EDI: JEFFERSONCAP.COM | Mar 15 2022 03:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15125115 | EDI: JPMORGANCHASE | Mar 15 2022 03:38:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 15137865 | + Email/Text: RASEBN@raslg.com | Mar 14 2022 23:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15125116 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 14 2022 23:42:00 | Key Bank NA, 4910 Tiedeman Rd, Client Svcs, OH-01-05-0562, Brooklyn, OH 44144-2338 |
| 15125117 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 14 2022 23:42:00 | Kohl's Department Stores, Inc., PO Box 3115, Milwaukee, WI 53201-3115 |
| 15143324 | Email/Text: ktramble@lendmarkfinancial.com | Mar 14 2022 23:41:00 | lendmark Financial Services, LLC., 2118 Usher Street, Covington, Ga. 30014 |
| 15125127 | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Mar 14 2022 23:42:00 | State Farm Bank, PO Box 2313, Bloomington, IL 61702 |
| 15125120 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2022 23:45:40 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15128356 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2022 23:45:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15125118 | + EDI: LENDNGCLUB | Mar 15 2022 03:38:00 | Lending Club Corporation, 595 Market Street, Suite 400, San Francisco, CA 94105-5839 |
| 15155604 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2022 23:45:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15125122 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2022 23:45:27 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15139924 | + EDI: AGFINANCE.COM | Mar 15 2022 03:38:00 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 15125123 | + EDI: AGFINANCE.COM | Mar 15 2022 03:38:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15125124 | + Email/Text: paparalegals@pandf.us | Mar 14 2022 23:42:00 | Patenaude & Felix APC, 501 Corporate Drive, Southpointe, Suite 205, Canonsburg, PA 15317-8584 |
| 15134445 | + EDI: DRIV.COM | Mar 15 2022 03:38:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15125128 | EDI: RMSC.COM | Mar 15 2022 03:38:00 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 15125129 | + EDI: RMSC.COM | Mar 15 2022 03:38:00 | SYNCB/Care Care Pep Boys, PO Box 960001, Orlando, FL 32896-0001 |
| 15125130 | + EDI: RMSC.COM | Mar 15 2022 03:38:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15125131 | + | EDI: RMSC.COM | Mar 15 2022 03:38:00 | SYNCB/Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 15125132 | + | EDI: RMSC.COM | Mar 15 2022 03:38:00 | SYNCB/TJX CO DC, PO Box 965015, Orlando, FL 32896-5015 |
| 15125133 | + | EDI: RMSC.COM | Mar 15 2022 03:38:00 | SYNCB/ToysRUs, PO Box 965001, Orlando, FL 32896-5001 |
| 15125134 | + | EDI: RMSC.COM | Mar 15 2022 03:38:00 | SYNCB/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 15125126 | + | EDI: DRIV.COM | Mar 15 2022 03:38:00 | Santander Consumer, PO Box 961245, Fort Worth, TX 76161-0244 |
| 15157968 | | EDI: BECKLEE.COM | Mar 15 2022 03:38:00 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15161107 | + | EDI: RMSC.COM | Mar 15 2022 03:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15125625 | + | EDI: RMSC.COM | Mar 15 2022 03:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15125135 | + | EDI: RMSC.COM | Mar 15 2022 03:38:00 | Synchrony Bank/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 15163817 | + | Email/Text: bncmail@w-legal.com | Mar 14 2022 23:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15125136 | + | EDI: WTRRNBANK.COM | Mar 15 2022 03:38:00 | TD Bank USA/Target Credit, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |
| 15125137 | | EDI: CITICORP.COM | Mar 15 2022 03:38:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15125138 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 14 2022 23:42:00 | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 15125139 | + | EDI: BLUESTEM | Mar 15 2022 03:38:00 | Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15140648 | + | EDI: CKSFINANCIAL.COM | Mar 15 2022 03:38:00 | Webcollex LLC D/B/A CKS Financial, PO Box 2856, Chesapeake VA 23327-2856 |
| 15156913 | | EDI: WFFC.COM | Mar 15 2022 03:38:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15125140 | + | EDI: WFFC.COM | Mar 15 2022 03:38:00 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Guaranty Mortgage Corporation |
| cr | | The Money Source, Inc. |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2022     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Joint Debtor Terrye M. Halaja bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Wayne C. Halaja bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com |
| Chandra Marie Arkema | on behalf of Creditor First Guaranty Mortgage Corporation tuhawkeye@msn.com carkema@squirelaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor The Money Source Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor The Money Source Inc. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 11