**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| WAYNE C. HALAJA<br>TERRYE M. HALAJA<br>　　　　Debtor(s) | Case No.:19-23668 |
| Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 09/18/2019  and confirmed on 06/30/2020 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 60,725.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 60,725.00 |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,214.94 | |
| 　Trustee Fee | 2,992.32 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,207.26 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　THE MONEY SOURCE INC | 0.00 | 30,369.76 | 0.00 | 30,369.76 |
| 　　Acct: 3948 | | | | |
| 　THE MONEY SOURCE INC | 1,120.66 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 3948 | | | | |
| 　KEYBANK NA** | 25,341.14 | 7,614.43 | 2,117.07 | 9,731.50 |
| 　　Acct: 8007 | | | | |
| 　SANTANDER CONSUMER USA** | 0.00 | 14,416.48 | 0.00 | 14,416.48 |
| 　　Acct: 9971 | | | | |
| 　SANTANDER CONSUMER USA** | 1,421.91 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 9971 | | | | |
| | | | | 54,517.74 |
| Priority | | | | |
| 　BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　WAYNE C. HALAJA | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　THOMPSON LAW GROUP PC | 3,500.00 | 3,214.94 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| THOMPSON LAW GROUP PC | 4,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 8,807.11 | 0.00 | 0.00 | 0.00 |
| Acct: 1975 | | | | |
| THE MONEY SOURCE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3948 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 649.94 | 0.00 | 0.00 | 0.00 |
| Acct: 8954 | | | | |
| LVNV FUNDING LLC | 7,122.48 | 0.00 | 0.00 | 0.00 |
| Acct: 2781 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,225.41 | 0.00 | 0.00 | 0.00 |
| Acct: 6406 | | | | |
| LVNV FUNDING LLC | 4,350.32 | 0.00 | 0.00 | 0.00 |
| Acct: 2861 | | | | |
| LVNV FUNDING LLC | 3,564.59 | 0.00 | 0.00 | 0.00 |
| Acct: 5818 | | | | |
| WEBCOLLEX LLC D/B/A CKS FINANCIAL | 11,028.75 | 0.00 | 0.00 | 0.00 |
| Acct: 8066 | | | | |
| LVNV FUNDING LLC | 895.46 | 0.00 | 0.00 | 0.00 |
| Acct: 8392 | | | | |
| LVNV FUNDING LLC | 3,417.33 | 0.00 | 0.00 | 0.00 |
| Acct: 9824 | | | | |
| DISCOVER BANK(*) | 4,509.16 | 0.00 | 0.00 | 0.00 |
| Acct: 2492 | | | | |
| JPMORGAN CHASE BANK | 5,249.46 | 0.00 | 0.00 | 0.00 |
| Acct: 1964 | | | | |
| CAPITAL ONE NA** | 2,199.86 | 0.00 | 0.00 | 0.00 |
| Acct: 5865 | | | | |
| LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1807 | | | | |
| LENDMARK FINANCIAL SERVICES LLC | 796.27 | 0.00 | 0.00 | 0.00 |
| Acct: 0104 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 6,844.96 | 0.00 | 0.00 | 0.00 |
| Acct: 0958 | | | | |
| MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6501 | | | | |
| MERRICK BANK | 2,379.24 | 0.00 | 0.00 | 0.00 |
| Acct: 2520 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 7,469.69 | 0.00 | 0.00 | 0.00 |
| Acct: 8067 | | | | |
| AFNI INC | 2,689.21 | 0.00 | 0.00 | 0.00 |
| Acct: 5779 | | | | |
| STATE FARM BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8719 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 4,339.96 | 0.00 | 0.00 | 0.00 |
| Acct: 9759 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 3,790.46 | 0.00 | 0.00 | 0.00 |
| Acct: 3232 | | | | |
| SYNCHRONY BANK | 7,176.43 | 0.00 | 0.00 | 0.00 |
| Acct: 0043 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 5,268.94 | 0.00 | 0.00 | 0.00 |
| Acct: 6385 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 5,290.67 | 0.00 | 0.00 | 0.00 |
| Acct: 4478 | | | | |
| SYNCHRONY BANK | 1,412.67 | 0.00 | 0.00 | 0.00 |
| Acct: 8132 | | | | |

| 19-23668 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 352.08 | 0.00 | 0.00 | 0.00 |
| Acct: 6010 | | | | |
| SYNCHRONY BANK | 6,678.47 | 0.00 | 0.00 | 0.00 |
| Acct: 1344 | | | | |
| SYNCHRONY BANK | 5,350.12 | 0.00 | 0.00 | 0.00 |
| Acct: 1022 | | | | |
| TD BANK USA NA** | 3,169.95 | 0.00 | 0.00 | 0.00 |
| Acct: 8867 | | | | |
| CITIBANK NA** | 193.48 | 0.00 | 0.00 | 0.00 |
| Acct: 8337 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9844 | | | | |
| WELLS FARGO BANK NA | 1,150.35 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX1458 | | | | |
| BOBS DISCOUNT FURNITURE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7770 | | | | |
| INTERNAL REVENUE SERVICE* | 2,186.99 | 0.00 | 0.00 | 0.00 |
| Acct: 1975 | | | | |
| PCA ACQUISITIONS V LLC | 870.69 | 0.00 | 0.00 | 0.00 |
| Acct: 5779 | | | | |
| UPMC PHYSICIAN SERVICES | 524.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1975 | | | | |
| LVNV FUNDING LLC | 4,076.61 | 0.00 | 0.00 | 0.00 |
| Acct: 7864 | | | | |
| DUQUESNE LIGHT COMPANY* | 103.02 | 0.00 | 0.00 | 0.00 |
| Acct: 4972 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6010 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICHARD M SQUIRE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MEDEXPRESS URGENT CARE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GREGG L MORRIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                  54,517.74

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 8,807.11 |
| SECURED | 27,883.71 |
| UNSECURED | 116.327.02 |

Date: 04/07/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com